## SCHEDULE CTO-77 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**SECT. L MAG. 3**

| DIST. DIV. C.A. # | CASE CAPTION | Case Number EDLA |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2512 | Alma Roque v. Merck & Co., Inc., et al. | 06-11277 |
| CAE 2 06-2516 | Crystal K. Smith, et al. v. Merck & Co., Inc., et al. | 06-11278 |
| CAE 2 06-2518 | Barbara Souza v. Merck & Co., Inc., et al. | 06-11279 |
| CAE 2 06-2520 | Regina Soria, et al. v. Merck & Co., Inc., et al. | 06-11280 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 06-6989 SI | Jack F. Kenny, et al. v. Merck & Co., Inc., et al. | 06-11281 |
| CAN 3 06-6990 MHP | Helen A. Anderson v. Merck & Co., Inc., et al. | 06-11282 |
| CAN 3 06-6991 VRW | Kim L. Thompson, et al. v. Merck & Co., Inc., et al. | 06-11283 |
| CAN 3 06-6993 PJH | Anita Harris v. Merck & Co., Inc., et al. | 06-11284 |
| CAN 3 06-7005 MJJ | Gail Grunert v. Merck & Co., Inc. | 06-11285 |
| CAN 4 06-6992 WDB | Dorothy M. White v. Merck & Co., Inc., et al. | 06-11286 |
| CAN 5 06-6988 HRL | Chung Camino v. Merck & Co., Inc. | 06-11287 |
| **FLORIDA MIDDLE** | | |
| FLM 3 06-972 | Willow P. DeWitt v. Merck & Co., Inc. | 06-11288 |
| **IDAHO** | | |
| ID 2 06-454 | Patricia Brittenham v. Merck & Co., Inc. | 06-11289 |
| **ILLINOIS CENTRAL** | | |
| ILC 1 06-1281 | Cathy Jensen v. Wendy Gosnell, M.D., et al. | 06-11290 |
| **ILLINOIS NORTHERN** | | |
| ILN 1 06-6151 | Marilyn S. Reimer v. Lee Lichtenberg, M.D., et al. | 06-11291 |
| ILN 3 06-50216 | David Stuart v. David Bruah, M.D., et al. | 06-11292 |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-870~~ | ~~Sharon Calaway v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~ILS 3 06-871~~ | ~~Wilma Hancock v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ILS 3 06-876 | Alma York v. Merck & Co., Inc. | 06-11293 |
| ~~ILS 3 06-882~~ | ~~Joyce M. Smith v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ~~ILS 3 06-883~~ | ~~Sandra Kay Lindsey v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ILS 3 06-889 | Fred Davis v. Merck & Co., Inc. | 06-11294 |
| ILS 3 06-893 | Frederick W. Shrader v. Merck & Co., Inc. | 06-11295 |
| ILS 3 06-894 | Wallace Smith v. Merck & Co., Inc. | 06-11296 |
| ~~ILS 3 06-896~~ | ~~Steven Strader v. Merck & Co., Inc., et al.~~ | OPPOSED 12/20/06 |
| ILS 3 06-899 | James Leroy Kohler v. Merck & Co., Inc. | 06-11297 |
| ILS 3 06-900 | Robert G. Wolfe v. Merck & Co., Inc. | 06-11298 |
| ILS 3 06-910 | Thomas S. Ferguson v. Merck & Co., Inc. | 06-11299 |
| ILS 3 06-916 | Jesse Lerma v. Merck & Co., Inc. | 06-11300 |
| ILS 3 06-917 | Edna P. King, et al. v. Merck & Co., Inc. | 06-11301 |
| ILS 3 06-920 | Diane Durbin v. Merck & Co., Inc. | 06-11302 |
| ILS 3 06-921 | Stephen Dusky v. Merck & Co., Inc. | 06-11303 |
| ILS 3 06-922 | Delores M. Scaturro v. Merck & Co., Inc. | 06-11304 |
| ILS 3 06-923 | Lawrence Paul Anderson v. Merck & Co., Inc. | 06-11305 |